than financial capacity, is a component of both of the expressly required statutory findings. The Commission may not make the statutory findings without considering each of their necessary components as to which substantial question exists.

I would set aside the order under review and remand the case to the Commission for further proceedings.

PER CURIAM.

This appeal is from appellant's conviction for violation of D.C.Code, § 22–2204 (1951), unauthorized use of a vehicle. We find no error affecting substantial rights.

Affirmed.

---

**Wilbert G. EVANS, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 14277.**

United States Court of Appeals District of Columbia Circuit.

Argued May 7, 1958.

Decided May 22, 1958.

See also 98 U.S.App.D.C. 122, 232 F. 2d 379.

Mr. Cornelius H. Doherty (appointed by this court), Washington, D. C., for appellant.

Mr. Harry T. Alexander, Asst. U. S. Atty., Washington, D. C., with whom Messrs. Oliver Gasch, U. S. Atty., Carl W. Belcher and Robert J. Asman, Jr., Asst. U. S. Attys., Washington, D. C., were on the brief for appellee.

Messrs. Lewis Carroll, Asst. U. S. Atty., and E. Tillman Stirling, Asst. U. S. Atty. at the time the record was filed, Washington, D. C., also entered appearances for appellee.

Before PRETTYMAN, WILBUR K. MILLER and BASTIAN, Circuit Judges.

---

**Samuel W. CLARK, Appellant,**

v.

**Alan W. PAYNE, et al., as Members of the Alcoholic Beverage Control Board for the District of Columbia, Harry Friedman, Appellees.**

**No. 14286.**

United States Court of Appeals District of Columbia Circuit.

Argued May 28, 1958.

Decided June 12, 1958.

Petition for Rehearing In Banc Denied Sept. 9, 1958.

Mr. Samuel W. Clark, appellant pro se.

Mr. Hubert B. Pair, Asst. Corp. Counsel for the District of Columbia, with whom Messrs. Chester H. Gray, Corp. Counsel, Milton D. Korman, Principal Asst. Corp. Counsel, and William W. Pavis, Asst. Corp. Counsel, were on the brief, for appellees Payne, and others as members of the Alcoholic Beverage Control Board for the District of Columbia.

Mr. Morris D. Schwartz, Washington, D. C., with whom Messrs. Philip P. Marenberg and Martin S. Becker, Washington, D. C., were on the brief, for appellee Friedman.

Before WILBUR K. MILLER, FAHY and BURGER, Circuit Judges.